TRIAL—WITHDRAWAL OF JUROR.
  It is not error, when the plaintiff, before resting his case, applies to withdraw a juror, to grant such motion, and deny a motion by the defendant for a nonsuit.

Appeal from special term.

Action by the Yellow Pine Company against Alfred Gutwillig. From an order at trial term allowing plaintiff to withdraw a juror, and denying defendant's motion to dismiss, and from an order of special term granting plaintiff's motion for leave to amend the complaint, defendant appeals.   Affirmed.

Argued before VAN WYCK, C. J., and McCARTHY, J.

C. Elliott Minor, for appellant.

Eugene Sondheim, for respondent.

VAN WYCK, C. J.   The plaintiff had not rested when its request to withdraw a juror and defendant's motion to nonsuit plaintiff were made.   It was not error to deny the nonsuit, nor to permit plaintiff to withdraw a juror, with leave to apply at special term for leave to amend the complaint.   It was proper for the special term to permit an amendment of the complaint upon payment of $30 (the trial fee) to defendant.   The defendant's motion, made at the opening of the trial, to dismiss the complaint because it did not state a cause of action, was properly denied, as the complaint did state facts sufficient to constitute a good cause of action.   The orders are affirmed, with costs.

McCARTHY, J., concurs.

---

(20 Misc. Rep. 669.)

## KLINKOWSTEIN v. GREENBERG.

(City Court of New York, General Term.   July 2, 1897.)

AMENDMENT OF COMPLAINT.
  An amendment of a complaint, which does not change the cause of action, may properly be allowed at the trial, and its allowance at special term is a proper exercise of discretion.

Appeal from special term.

Action by Alex Klinkowstein against Samuel Greenberg.   From an order allowing an amendment of the complaint, defendant appeals. Affirmed. · See 37 N. Y. Supp. 206.

Argued before VAN WYCK, C. J., and SCHUCHMAN, J.

Jacob Barnett, for appellant.

A. H. Berrick, for respondent.

VAN WYCK, C. J.   At trial the justice granted plaintiff leave to amend complaint, with $20 costs to defendant to abide the event, but, upon defendant's counsel claiming surprise, this ruling was with-

drawn, and plaintiff allowed to withdraw a juror, with leave to move at special term for leave to amend. The motion at special term was granted upon condition that plaintiff within 10 days pay $30 to defendant's attorney, and it is from the order granting the motion that·defendant now appeals. The amendment, if necessary, should have been allowed at trial, and its allowance at special term was a proper exercise of discretion, for it does not change the cause of action, which is still in replevin. The order is affirmed, with $10 costs.

SCHUCHMAN, J., concurs.